DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**STEPHEN E. WALKER,**
Appellant,

v.

**THE CORINTHIANS SOUTH CONDOMINIUM ASSOCIATION, INC.,**
Appellee.

No. 4D2023-1548

[October 16, 2024]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; James Nutt and John J. Parnofiello, Judges; L.T. Case No. 50-2021-CA-009411-XXXX-MB.

Stephen E. Walker, Jupiter, pro se.

Steven R. Braten and Cristopher S. Rapp of Rosenbaum PLLC, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed. See LEN-CG S., LLC v. Champions Club Condo. Ass'n, Inc.*, 336 So. 3d 1245, 1248 (Fla. 5th DCA 2022) ("We furthermore interpret a condominium declaration in a manner that does not render any of its provisions meaningless.").

WARNER, MAY and CONNER, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***